Edwin Aiwazian (Cal. State Bar No. 232943)
edwin@calljustice.com
Arby Aiwazian (Cal. State Bar No 269827)
arby@calljustice.com
Joanna Ghosh (Cal. State Bar No 326399)
joanna@calljustice.com
Annabel Blanchard (Cal. State Bar No 258135)
annabel@calljustice.com
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff Ronnel Koeppen

[additional counsel on next page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONELL KOEPPEN, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to California Private Attorneys General Act;<br><br>Plaintiff,<br><br>vs.<br><br>CARVANA, LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:21-CV-01951-TSH<br><br>Honorable Thomas S. Hixson<br>Courtroom G, 15th Floor<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT RE: SETTLEMENT**<br><br>**Complaint Filed** (County of Alameda Superior Court): December 16, 2020<br><br>**FAC Filed** (County of Alameda Superior Court):     February 22, 2021<br><br>**Removed:**     March 19, 2021 |

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

1   Rebecca Aragon (Bar No.134496)
    raragon@littler.com
2   **LITTLER MENDELSON P.C.**
    633 West 5th Street
3   63rd Floor
    Los Angeles, California 90071
4   Telephone: (213) 443-4300
    Fax No.: (213) 443-4299
5
    James A. Becerra (Bar No. 308459)
6   jbeccerra@littler.com
    **LITTLER MENDELSON P.C.**
7   2049 Century Park East
    5th Floor
8   Los Angeles, California 90067
    Tel: (310) 553-0308
9   Fax No.: (310) 553-5583

10  *Attorneys for* Defendant Carvana LLC

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Ronell Koeppen ("Plaintiff") and Defendant Carvana, LLC ("Defendant") (together, the "Parties") hereby submit the following Joint Case Management Statement pursuant to the Court's Order (Docket No. 34) issued on July 17, 2023.

The Parties have reached a class-wide settlement which, if approved by the Court, will resolve this action in its entirety.

The Parties are currently circulating the long-form settlement agreement for signatures, and Plaintiff anticipates filing a motion for approval of the settlement, along with supporting documentation, within approximately thirty to sixty (30-60) calendar days.

DATED: August 14, 2023

By: **LAWYERS *for* JUSTICE, PC**

Joanna Ghosh
Annabel Blanchard
*Attorneys for* Plaintiff

DATED: August 14, 2023

**LITTLER MENDELSON P.C.**

By: /s/ James A. Becerra

Rebecca Aragon
James A. Becerra
*Attorneys for* Defendant

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**