Edwin Aiwazian (Cal. State Bar No. 232943)
   *edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
   *arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
   *joanna@calljustice.com*
Yasmin Hosseini (Cal. State Bar No. 326399)
   *yasmin@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

*Attorneys for* Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONELL KOEPPEN, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>CARVANA, LLC an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:21-CV-01951-TSH<br><br>Honorable Thomas S. Hixson<br>Department E<br><br>**CLASS ACTION**<br><br>**DECLARATION OF RONELL KOEPPEN IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CLASS REPRESENTATIVE ENHANCEMENT PAYMENT**<br><br>[Plaintiff's Notice of Motion and Motion for Final Approval of Class Action Settlement and Class Representative Enhancement Payment; Declaration of Settlement Administrator (Nick Castro); and [Proposed] Order Granting Final Approval of Class Action Settlement and Judgment filed concurrently herewith]<br><br>Date:           August 22, 2024<br>Time:           10:00 a.m.<br>Courtroom:   E<br><br>Complaint Filed:   December 16, 2020<br>FAC Filed:           February 22, 2021<br>Removed:            March 19, 2021<br>Trial Date:          None Set |

**DECLARATION OF RONELL KOEPPEN**

**DECLARATION OF RONELL KOEPPEN**

I, Ronell Koeppen, hereby declare as follows:

1. I am over 18 years of age and a resident of California. I am the named plaintiff in the above-captioned case. I have personal knowledge of the facts and statements set forth in this declaration, and if called upon to testify, I could and would competently testify thereto.

2. I was employed by Carvana, LLC ("Defendant" or "Carvana"), in an hourly-paid, non-exempt position as a Market Operations Associate from approximately January 2020 to approximately July 2020. I decided to seek legal advice about my work experiences with Carvana and about pursuing my grievances. I contacted Lawyers *for* Justice, PC and spoke with attorneys there. I wanted to do whatever I could to make sure that Carvana was held accountable for not paying their employees for all hours worked and non-compliant meal and rest breaks. After speaking with the attorneys, I investigated complex wage-and-hour and class action lawsuits on my own and did some research into the leading class action and employment law firms in California for approximately **9 hours**. Afterwards, I consulted with the attorneys at Lawyers *for* Justice, PC for **8 hours** discussing my situation, complex wage-and-hour class actions in general, and what it meant to be a named plaintiff and a class representative.

3. I have spent over **14 hours** communicating with my attorneys regarding the case and fulfilling my responsibilities as a named plaintiff and class representative, which included gathering documents concerning my employment with Carvana, reviewing documents with my attorneys and answering their questions, providing guidance regarding the duties of hourly-paid or non-exempt employees, and helping develop a strategy as to what documents and information to obtain from Carvana. I routinely checked in with my attorneys and their staff to make sure they had all of my most current information and any additional information that I had obtained.

1

DECLARATION OF RONELL KOEPPEN

4. Throughout my involvement in this case, I was available to speak and meet with my attorneys whenever they needed me. I responded to them as quickly as possible and gave them as much information and identified as many documents as I could. I spent at least **12 additional hours** speaking with my attorneys about the case, identifying potential witnesses, providing my attorneys with documents and information concerning the case, and also describing policies, practices, and procedures of Carvana.

5. As far as the settlement is concerned, I was available to review documents and answer any questions my attorneys had. I spent about **3 hours** reviewing the settlement documents and about **2 hours** asking questions and discussing the settlement with my attorneys before signing the settlement agreement.

6. I believe that I have done everything that my attorneys have asked of me and have tried, to the best of my ability, to represent the class. I think my efforts have helped to obtain the result in this case, and as a class representative, I respectfully request that the Court award me a class representative enhancement payment in the amount of $7,500.00 for my active participation in this case. Taking into consideration the time that I have dedicated to this case, I believe that this amount is reasonable.

7. I am not related to anyone associated with Lawyers *for* Justice, PC.

///
///
///
///
///
///
///

2
**DECLARATION OF RONELL KOEPPEN**

8. I have not entered into any undisclosed agreements, nor have I received any undisclosed compensation in this case. The only compensation I will receive is whatever amount the Court awards as a class representative enhancement payment, as well as my share of the settlement as a class member.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11/29/2023 day of November 2023, at Fremont, California.

*Ronell Koeppen* (electronically signed 2023-11-29 18:09:49 UTC)

**DECLARATION OF RONELL KOEPPEN**

3